

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of H.T.S. and T.A.S., Children

No. 06-23-00029-CV

Appeal from the County Court at Law No. 2 of Smith County, Texas (Tr. Ct. No. 17-1215-F). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we reverse the attorney fee award and remand for a new trial on attorney fees only. In all other respects, we affirm the trial court's order modifying the parent-child relationship.

We further order that the appellant and appellee shall each pay one-half of all costs incurred by reason of this appeal.

RENDERED NOVEMBER 8, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk